IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>TOMAS HERNANDEZ IV,<br><br>                    Defendant. | 4:12CR3040<br><br>MEMORANDUM AND ORDER |

The defendant was sentenced to a term of imprisonment on November 21, 2012, and was granted the opportunity to self-surrender on January 24, 2013. The defendant remained subject to the conditions of defendant's pretrial release while awaiting the self-surrender date.

After convening a hearing, and having conferred with the sentencing judge,

IT IS ORDERED:

1) The Petition for Action on Conditions of Pretrial Release (filing no. 53), and the defendant's motion for release, (Filing No. 51), are withdrawn.

2) The defendant's opportunity for self-surrender to begin the imposed sentence is revoked.

3) The Marshal shall promptly transfer the defendant to the custody of the Bureau of Prisons to commence service of the sentence imposed.

December 3, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge